UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH HICKS, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CRS SERVICES, LTD., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:14-cv-01808-GMN-NJK <br><br> **ORDER** |

    Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe, (ECF No. 14), which recommends that Plaintiff Joseph Hicks' case be **DISMISSED** without prejudice.

    A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122 (9th Cir. 2003).

    Here, no objections were filed, and the deadline to do so has passed.  Accordingly,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 14) is

**ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

    **IT IS FURTHER ORDERED** that Plaintiff Joseph Hicks' case is **DISMISSED without prejudice**.

    **DATED** this 29th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge